# NO. 12-14-00321-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THE STATE OF TEXAS,* *APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT* |
| *RUSSELL LEON WOOD,* *APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

The State of Texas has filed a motion to dismiss its appeal in this case. The motion complies with rule 42.2(a) of the rules of appellate procedure, and no decision has been delivered in this appeal. Accordingly, we ***grant*** the State's motion to dismiss and ***dismiss*** the appeal. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered April 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 8, 2015**

**NO. 12-14-00321-CR**

**THE STATE OF TEXAS,**
Appellant
V.
**RUSSELL LEON WOOD,**
Appellee

Appeal from the County Court

of Van Zandt County, Texas (Tr.Ct.No. 2013-00396)

THIS CAUSE came on to be heard on the motion of the State of Texas to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*